UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

V.                                               CRIMINAL ACTION NO. 3:21-CR-130-KHJ-ASH

RUDOLPH M. WARNOCK, JR., et al.

ORDER

Before the Court are 11 pretrial motions filed by the parties. Many of these motions have been the subject of prior pretrial hearings and ruled on from the bench during those hearings.[1] The Court rules on those motions as follows:

1. The Court DENIES the Government's [110] Motion for Juror Questionnaire for the reasons stated during the June 3, 2025, status conference. Status Conf. Tr. [177] at 5–8, 17.

2. The Court FINDS AS MOOT Warnock's unopposed [130] Motion to Unseal Transcripts as the parties agreed during the June 3, 2025, status conference that Warnock has been provided a copy of the plea-hearing transcripts. *Id.* at 17–18.

3. The Court FINDS AS MOOT Anderson's unopposed [138] Motion for Extension of Time to File Motions. The Court finds Anderson's motions were filed timely.

4. The Court FINDS AS MOOT Warnock's [141] Motion for Bill of Particulars (Corrected) as the parties agreed during the June 3, 2025, status conference that the Government provided sufficient information to satisfy Warnock. *Id.* at 21–22.

---

[1] The judge originally presiding over this case recused on May 28, 2025. Order of Recusal [168]. The undersigned was assigned on June 2, 2025. Order Reassigning Case [169].

5. The Court FINDS AS MOOT Anderson's [142] Motion for Bill of Particulars as the parties agreed during the June 3, 2025, status conference that the Government provided sufficient information to satisfy Anderson. *Id.*

6. The Court DENIES Anderson's [143] Motion to Sever for the reasons stated during the April 7, 2025, pretrial conference. Pretrial Conf. Tr. [172] at 139–43.

7. The Court DENIES WITHOUT PREJUDICE Anderson's [144] Motion to Dismiss Indictment. Anderson may reurge this motion at the close of the Government's case-in-chief. *Id.* at 143.

8. The Court FINDS AS MOOT Anderson's [145] Motion for Bill of Particulars as the parties agreed during the June 3, 2025, status conference that the Government provided sufficient information to satisfy Anderson. [177] at 21–22.

9. The Court FINDS AS MOOT Warnock's [161] Motion for Supplemental Discovery as the parties agreed during the June 3, 2025, status conference that the Government provided sufficient information to satisfy Warnock. *Id.* at 16–17.

10. The Court FINDS AS MOOT the Government's [167] Motion for Hearing. *Id.* at 17.

11. The Court DENIES Warnock's [176] Motion to Renew Previously Filed Motions and Responses in Opposition. *See id.* at 16–17, 21–22.

SO ORDERED, this 25th day of June, 2025.

                                                s/ *Kristi H. Johnson*
                                                UNITED STATES DISTRICT JUDGE