UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

V.                                    CRIMINAL ACTION NO. 3:21-CR-130-KHJ-ASH

RUDOLPH M. WARNOCK, JR., et al.

ORDER

Before the Court is Defendant Rudolph M. Warnock, Jr.'s [222] Motion to Reinstate Bond. The Government opposes the request. Resp. [224].

On July 16, 2025, a jury found Warnock guilty on four counts: (1) conspiracy to commit federal program bribery (Count One), 18 U.S.C. §§ 371, 666; (2) conspiracy to violate the Travel Act (Count Two), *id.* §§ 371, 1952; (3) conspiracy to commit honest-services wire fraud (Count Three), *id.* §§ 1343, 1346, 1349; and (4) honest services wire fraud (Count Four), *id.* §§ 1343, 1346. Verdict Form [208] at 1–2.

The next day, the Court revoked Warnock's bond, finding that he posed a flight risk and a risk of danger to the safety of others, the community, and himself. Order Revoking Bond [212]. The Court also ordered a full mental assessment. Order for Presentence Evaluation [214]. Warnock's sentencing is set for December 10, 2025. He now asks the Court to release him on his previous bond. [222].

Bond is not automatic. A defendant "who has been found guilty of an offense and who is awaiting imposition ... of sentence" shall be detained pending sentencing

"unless the judicial officer finds by clear and convincing evidence that the person is not likely to flee or pose a danger to the safety of any other person or the community if released." 18 U.S.C. § 3143(a)(1). The Court has reviewed Warnock's [222] Motion and the incorporated documents. But the Court remains convinced that Warnock poses a flight risk and a risk of danger to the safety of others, the community, and himself, as clear and convincing evidence does not support the contrary.

For the reasons stated above, the Court DENIES Warnock's [222] Motion to Reinstate Bond. In doing so, the Court has considered all the arguments raised. Those arguments not addressed would not have altered the Court's decision.

SO ORDERED, this 22nd day of October, 2025.

s/ *Kristi H. Johnson*<br>UNITED STATES DISTRICT JUDGE